■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OLIVER KEMPF, Appellant.— Appeal from a judgment of the County Court, Richmond County, convicting appellant of the crimes of abortion and conspiracy to commit abortion, and from intermediate orders. Judgment unanimously affirmed. (Code Crim. Pro., § 542.) No separate appeal lies from intermediate orders,

which have been reviewed on the ` appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.